NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SHARED MEMORY GRAPHICS LLC,**
*Petitioner.*

---

Miscellaneous Docket No. 978

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-CV-2475, Judge Maxine M. Chesney.

---

**ON MOTION**

---

**O R D E R**

Nintendo of America Inc. and Nintendo Co. Ltd. move for a 45-day extension of time, until May 26, 2011, to file their response to Shared Memory Graphics LLC's petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. Nintendo's response is due no later than April 25, 2011. No further extensions.

FOR THE COURT

APR 0 5 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Arthur Gollwitzer, III, Esq.
     Darin J. Glasser, Esq.
     Grant E. Kinsel, Esq.
     Lewis V. Popovski, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2011

JAN HORBALY
CLERK